Matt Blum, Esq. SBN: 285944
THE LAW OFFICE OF MATT BLUM
550 West C Street, Suite 960
San Diego, CA 92101
Tel: (860) 271-6273
Fax: (619) 238-1351
Email: mblumlaw@gmail.com

Attorneys for Plaintiff Katie Trujillo

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATIE TRUJILLO, an individual,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>SKALED CONSULTING, LLC, a Texas limited liability company doing business in California; DOES 1-50, Inclusive,<br><br>　　　　　Defendants. | Case No.: 3:21-cv-1106-CAB-BGS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER**<br><br>District Judge: Hon. Cathy A. Bencivengo<br>Magistrate Judge: Hon. Bernard G. Skomal |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS STIPULATED by and between the parties to this action through their designated counsel of record that the above-captioned action be and is hereby dismissed **with prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(2). The parties have settled the matter pursuant to a confidential settlement and mutual release agreement. As to Plaintiff's FLSA retaliation claim, no approval from the Court is required for dismissal as Plaintiff has not brought any claims under the FLSA for back wages or overtime and, by making this filing, Plaintiff confirms for the Court that she neither has any such claim nor seeks to pursue any such claim for unpaid wages or overtime. *See, e.g.*, *Hernandez v. Iron Container, LLC*, 13-22170-CIV, 2014 WL 633848, at *2 (S.D. Fla. Feb. 18, 2014) (holding that settlement of FLSA retaliation claims does not require court approval; *Kelly v. Aspire Physical Recover at Hoover*, LLC, 2:17-C-00961, 2018 WL 3186961, at *2 (N.D. Ala. June 28, 2018) (same). The parties further stipulate that the Court will retain jurisdiction to resolve any disputes between the parties with respect to the enforcement of the settlement agreement between the parties for the matter.

RESPECTFULLY SUBMITTED

Dated: October 29, 2021          By:   /s/*Matthew M. Blum. Esq.*
                                 Matt Blum, Esq.
                                 THE LAW OFFICE OF MATT BLUM
                                 Attorney for Plaintiff


Dated: October 29, 2021          By:   /s/*Katherine Sandberg*
                                 Katherine Sandberg
                                 HUNTON ANDREWS KURTH LLP
                                 Attorney for Defendant

**[PROPOSED] ORDER**

The foregoing Stipulation of the parties is accepted and approved, and this action is hereby dismissed with prejudice. The Court expressly retains jurisdiction to enforce the settlement agreement between the parties.

Dated: _____, 2021

_____
United States District Judge
Cathy A. Bencivengo